U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAY 16 AM 9: 54

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No: **C V 4 1 3 – 1 2 2** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **$177,129.55 IN U.S. CURRENCY;** ) | |
| ) | |
| **ONE 2008 MERCEDES BENZ,** ) | |
| **VIN ENDING 8033; and** ) | |
| ) | |
| **ONE 2008 RANGE ROVER,** ) | |
| **VIN ENDING 6920,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Before this Court is the United States' Application to File Complaint for Forfeiture *in Rem* Under Seal. After having read and considered the application, the Court finds as follows:

1.   The United States has an ongoing investigation of the Brandon Sapp fraud and money laundering organization.

2.   Premature exposure of the details of the investigation could jeopardize the success of the operation.

3.   The government is filing the present Complaint for Forfeiture to preserve the statute of limitations and to expedite the seizure of the defendant funds once the ongoing investigation is terminated and the individual suspects are arrested.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that the Complaint for Forfeiture and the Application be filed under seal and held by the Court *in camera* pending further Order of this Court.

SO ORDERED this _15th_ day of _May_, 2013 in *United States of America v. $177,129.55 in U.S. Currency,* et al.

HONORABLE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Prepared by: Jeffrey J. Buerstatte
First Assistant United States Attorney
Georgia Bar No.: 093416
P.O. Box 8970
Savannah, Georgia 31412
*United States of America v. $177,129.55,* et al.

2